UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA §

VS. § CRIMINAL NO. 2:26-MJ-5912

ROGELIO PONCE-ESQUIVEL §

MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ROGELIO PONCE-ESQUIVEL, the defendant in the above listed cause of action and files this his Motion for Continuance and in support thereof would show the Court as follows:

I.

This case is currently set for preliminary examination and detention hearing on November 10, 2026 at 8:30 am.

II.

The defendant is requesting additional time to prepare for said hearings and is requesting that this case be continued until Friday November 13, 2026 at 8:30 am.

III.

This motion is not sought for the purpose of delay, but so that justice may prevail.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that this motion be granted and that the preliminary examination and detention hearing in the above listed cause of action be continued until November 13, 2026 at 8:30 am and for the further relief to which the defendant may show himself entitled under equity and at law.

Respectfully submitted,

**GREGORY D. TORRES**
**ATTORNEY AT LAW, P.L.L.C.**
457 Jefferson Street
Eagle Pass, Texas 78852
Telephone: (830) 773-6811
Facsimile : (830) 773-6469

By: ____________________
Gregory D. Torres

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was forwarded to the office of the AUSA on this the 11th day of November 2026.

____________________________
Gregory D. Torres