**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | §<br>§<br>§ | |
| **v.** | §<br>§<br>§ | **2:26-mj-05912-AM** |
| **(1) ROGELIO PONCE-ESQUIVEL** | §<br>§<br>§ | |

**<u>ORDER OF DETENTION PENDING TRIAL</u>**

On November 13, 2026, the Court held a Preliminary Hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure and a Detention Hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f). *See* FED. R. CRIM. P. 5.1; 18 U.S.C. § 3142(f). For the following reasons, the Court finds that probable cause exists under Rule 5.1, and **IT IS THEREFORE ORDERED** that the Defendant be **DETAINED**. *See* FED. R. CRIM. P. 5.1. At the Hearing, Supervisory Assistant United States Attorney Warsame Galaydh represented the Government, and Mr. Gregory D. Torres represented the Defendant. The Government called United States Homeland Security Investigations Special Agent Christopher P. Cunningham to testify and proffered a Pretrial Services Report, which was admitted without objection.

## I. <u>FINDINGS OF FACT</u>

According to the credible testimony and information submitted at the Hearing, the Defendant was arrested on or about September 16, 2024, at or near Eagle Pass, Texas, within the Western District of Texas, for conspiracy to possess, with intent to distribute, cocaine. Based on this credible testimony and information, the Court finds that probable cause exists to believe that the Defendant violated 21 U.S.C. §§ 841(a), 846—the offenses alleged in the Criminal Complaint. *See* 21 U.S.C. §§ 841(a), 846. (*See* Criminal Complaint, ECF No. 3, at 1.)

Further, the Court finds that the Defendant failed to overcome the presumption pursuant to 18 U.S.C. § 3142(e)(3) that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required or ensure the safety of the community. *See* 18 U.S.C. § 3142(e)(3). Accordingly, **IT IS ORDERED** that the Defendant be **DETAINED**.

## II. Directions Regarding Detention

The Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate from, to the extent practical, persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshals Service for the purpose of an appearance in connection with a court proceeding.

**ORDERED** this 13th day of November 2026.

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE